No. 1389, Misc. PEREZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1448, Misc. CARPENTER v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1261, Misc. MAGRUDER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 1095. GANNON v. NAVARRO, *ante,* p. 989;
No. 855, Misc. BENNETT v. MYERS, CORRECTIONAL SUPERINTENDENT, *ante,* p. 973;
No. 1069, Misc. WEILAND v. O'NEAL, *ante,* p. 984; and
No. 1238, Misc. SARGENT v. YEAGER, WARDEN, ET AL., *ante,* p. 994. Petitions for rehearing denied.

No. 324. NORFOLK & WESTERN RAILWAY CO. ET AL. v. MISSOURI STATE TAX COMMISSION ET AL., *ante,* p. 317. Motion for leave to file petition for rehearing denied.

No. 1121. PETO v. MADISON SQUARE GARDEN CORP. ET AL., *ante,* p. 989. Petition for rehearing and other relief denied.

No. 1096, Misc. SHYVERS v. UNITED STATES, *ante,* p. 998. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.